# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| Nolana Johnson, On Behalf of Herself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-cv-184 |
| The Elevance Health Companies, Inc, | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF JOSEF F. BUENKER

Please take notice that Josef F. Buenker, hereby makes an appearance as counsel of record for plaintiff in this case. Mr. Buenker will be co-counsel for Douglas B. Welmaker; Douglas B. Welmaker will remain attorney-in-charge.

    Respectfully Submitted

    THE BUENKER LAW FIRM

    */s/ Josef F. Buenker*
    By: Josef F. Buenker
    TBA No. 03316860
    P.O. Box 10099
    Houston, Texas 77206
    713-868-3388 Telephone
    713-683-9940 Facsimile
    jbuenker@buenkerlaw.com
    **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025, I caused a copy of the foregoing document to be filed with the Court using ECF, which will serve all counsel of record.

    */s/ Josef F. Buenker*
    Josef F. Buenker