UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOLANA JOHNSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC.,<br><br>DEFENDANT | § § § § § § § § § § § § § | CA NO. 3:25-cv-184-E |

## NOTICE OF RETENTION OF LOCAL COUNSEL

Plaintiff Nolana Johnson notifies this Court that Barry Hersh has been designated as local counsel for this matter. Mr. Hersh is with the Hersh Law Firm PC, 12377 Merit Drive, Suite 880, Dallas Texas 75251, (214) 303-1022, bshersh@hersh-law.com.

Respectfully submitted,

 /s/ *Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
WELMAKER LAW, PLLC
PO Box 150728
Austin, Texas 78715
Tel: (512) 599-2048
Fax: (512) 253-2969
E-Mail: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

LOCAL COUNSEL

Barry Hersh
Hersh Law Firm PC
12377 Merit Drive, Suite 880
Dallas Texas 75251
(214) 303-1022
bshersh@hersh-law.com.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed through the CM/ECF system on February 7, 2025.

                                              /s/ Douglas B. Welmaker
                                              Douglas B. Welmaker