# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **NOLANA JOHNSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:25-cv-00184-E** |
| **THE ELEVANCE HEALTH COMPANIES, INC.** | § § § | |
| **Defendant.** | § § | |

### JOINT STIPULATION TO EXTEND DEFENDANT'S ANSWER DATE

Plaintiff Nolana Johnson, on behalf of herself and all others similarly situated ("Plaintiff") and Defendant The Elevance Health Companies, Inc. ("Defendant") file this Joint Stipulation to Extend Defendant's Answer Date, and respectfully show the Court the following:

Defendant has been served with a summons in this matter. Defendant's answer date is Friday, March 21, 2025. Defendant has requested an extension of the answer deadline and conferred with counsel for Plaintiff regarding such. Plaintiff has advised that she is in agreement to the request. Accordingly, the Parties have agreed to extend Defendant's answer date to Friday, March 28, 2025.

**WHEREFORE**, the Parties stipulate and agree to extend Defendant's answer date to Plaintiff's Complaint until March 28, 2025.

### [signature on following page]

1

12583483v1

Dated: March 21, 2025                          Respectfully submitted,

*/s/ Hunter Johnson*
Hunter Johnson
Texas Bar No. 10753900
hjohnson@contangy.com
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
1201 Elm Street, Suite 2550
Dallas, Texas 75270
Telephone: (214) 646-8625
Facsimile: (972) 865-4791

Maureen R. Knight
Virginia Bar No. 47053
*Pro Hac Vice* Motion to follow
mknight@contangy.com
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6100
Facsimile: (571) 522-6101

Katherine Serrano
Texas Bar No. 24110764
kserrano@constangy.com
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
1250 S Capital of Texas Highway
Building 3 Suite 400
Austin, Texas 78746
Telephone: (512) 382-8800

**COUNSEL FOR DEFENDANT**

**-and-**

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

2

LOCAL COUNSEL

Barry Hersh
HERSH LAW FIRM PC
12377 Merit Drive, Suite 880
Dallas, Texas 75251

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on the 21st day of March, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following Counsel of Record for Plaintiff:

Douglas B. Welmaker
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

*/s/ Hunter Johnson*
Hunter Johnson

3