IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Nolana Johnson, On Behalf of Herself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>The Elevance Health Companies, Inc,<br><br>  Defendant. | CIVIL ACTION NO. 3:25-cv-184 |

### (Proposed) Briefing Schedule for Motion for FLSA Notice

The filing deadlines associated with the Plaintiff's Motion for FLSA Notice shall be:

| | |
|---|---|
| September 2, 2025 | The Parties may conduct discovery related to the Motion for Notice until this date, as well as merits-based discovery as to Plaintiff and her claims. |
| September 23, 2025 | Plaintiff may file a motion for FLSA notice by this date. |
| October 14, 2025 | Defendant's response to plaintiff's motion. |
| October 28, 2025 | Plaintiff's reply to defendant's response is due. |

SO ORDERED: April __, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

12773151v1