IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOLANA JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:25-CV-00184-E |
| THE ELEVANCE HEALTH COMPANIES INC, | § § § § | |
| Defendant. | § § § | |

### Order on Briefing Schedule for Motion for FLSA Notice

The filing deadlines associated with the Plaintiff's Motion for FLSA Notice shall be:

September 2, 2025    The Parties shall file an updated Joint Status Report with this Court.

September 2, 2025    The Parties may conduct discovery related to the Motion for Notice until this date, as well as merits-based discovery as to Plaintiff and her claims.

September 23, 2025    Plaintiff may file a motion for FLSA notice by this date.

October 14, 2025    Defendant's response to plaintiff's motion.

October 28, 2025    Plaintiff's reply to defendant's response is due.

**SO ORDERED.**

23rd day of April, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE