UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOLANA JOHNSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC.,<br><br>DEFENDANT | § § § § § § § § § § § § § § § | CA NO. 3:25-cv-184-E |

## NOTICE OF FILING OF CONSENTS OF OPT-INS

Plaintiff Nolana Johnson files the consents of Estella Devine and Latonya Thompson in connection with the above-entitled and numbered action.

        Respectfully submitted,

        WELMAKER LAW, PLLC

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

Josef F. Buenker
The Buenker Law Firm
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Filing of Consents has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on May 29, 2025.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker