IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOLANA JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:25-CV-00184-E |
| THE ELEVANCE HEALTH COMPANIES INC, | § § § § | |
| Defendant. | § § § | |

## ORDER EXTENDING DEADLINES

The Court has reviewed the Agreed Motion to Extend Deadlines filed by the Plaintiff and GRANTS the Motion (Doc. 17).

The deadlines entered by the Court in Docket No. 13 are hereby vacated and replaced with the following schedule:

| **Deadline** | **Deadline (Original)** | **Extended Deadline (Requested)** |
|---|---|---|
| Pre-notice discovery and Deadline to file Joint Advisory | September 2, 2025 | **October 31, 2025** |
| Motion for FLSA Notice | September 23, 2025 | **November 21, 2025** |
| Response to Motion to Authorize Notice | October 14, 2025 | **December 12, 2025** |
| Reply to Response to Motion to Authorize Notice | October 28, 2025 | **December 29, 2025** |

**SO ORDERED.**

15th day of August, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE