**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NOLANA JOHNSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | **Civil Action No. 3:25-CV-00184-E** **Judge Ada Brown** |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **THE ELEVANCE HEALTH COMPANIES, INC.,** | § § § | |
| **Defendant.** | § § | |

## <u>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF NOLANA JOHNSON</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Douglas B. Welmaker of Welmaker Law, PLLC, Josef F. Buenker of The Buenker Law Firm, and Barry S. Hersh of Hersh Law Firm, PC (collectively, "Movants") respectfully move under Local Civil Rule 83.12 to withdraw as counsel for Plaintiff Nolana Johnson only. Movants do not seek to withdraw from this case. Movants continue to represent opt-in Plaintiff Estella Devine and remain counsel of record for her. In support, Movants show the Court the following:

1. Good cause exists for the withdrawal. Professional considerations require withdrawal, and continued representation would be inconsistent with counsel's ethical obligations. Counsel cannot elaborate further without disclosing attorney-client privileged information.

2. The specific facts underlying the withdrawal are protected by the attorney-client privilege and by Movants' duty of confidentiality to Ms. Johnson. Movants advised Ms. Johnson in writing that this motion would state only that the withdrawal is for professional reasons and would not disclose privileged or confidential information. If the Court requires more than the

statement in Paragraph 1, Movants stand ready to explain the grounds fully, in camera or by a document filed under seal, at the Court's convenience and on whatever terms the Court directs.

3.  Movants have taken no position adverse to Ms. Johnson and will take none. Movants assert no attorney's lien and no claim for fees or expenses against Ms. Johnson or against any recovery she may obtain. Movants have waived any interest in any fee she may recover.

4.  On June 15, 2026, Movants sent Ms. Johnson written notice of their intent to withdraw after discussing this issue with her on a number of prior occasions via phone. That notice explained the reasons for the withdrawal in full, advised her to retain new counsel promptly, enclosed the operative scheduling order and deadlines, advised her of her right to consent to or oppose the withdrawal, and asked her to sign and return the letter within fourteen days if she consented. Ms. Johnson did not respond. Movants have received no communication from her, and she has neither consented to nor opposed the withdrawal.

5.  No succeeding attorney has been retained. In compliance with Local Civil Rule 83.12, Ms. Johnson's last known contact information is as follows:

Nolana Johnson
2300 Hillary Trail
Mansfield, Texas 76063
301-643-0877
nolanajohnson@yahoo.com and nolanaj73@me.com

6.  This motion does not bear Ms. Johnson's signature approving the withdrawal. After due diligence, Movants have been unable to obtain it. As set out in Paragraph 4, Movants gave Ms. Johnson written notice via emailing her a letter on June 16, 2026 (a letter she confirmed receiving via text message on June 17, 2026) and requested her signature within fourteen days. Movants also attempted to reach her by telephone on July 13, 2026; by text message on June 23, 2026, June 29, 2026, July 1, 2026 and on July 2, 2026; and by email on June 16, 2026, and July 12, 2026.  Ms.

**Plaintiff's Original Complaint**                                                                                    **Page 2**

Johnson has not responded to any communication from her counsel aside from confirming receipt of the June 16, 2026 letter. Movants are serving a copy of this motion on Ms. Johnson at the address and email addresses set out above.

7. Ms. Johnson will not be prejudiced by withdrawal. Movants have advised Ms. Johnson in writing to retain new counsel promptly, have provided her with the operative deadlines, and have offered to transmit her complete file to her or to successor counsel at no cost upon request. There is presently no discovery cutoff, no dispositive motion deadline, and no trial setting in this case, and Ms. Johnson has not been noticed for deposition. Withdrawal at this stage will not delay this case, alter any deadline, or prejudice any party.

8. This motion is not sought for purposes of delay, but so that justice may be done.

Movants respectfully request that the Court grant this Motion, relieve Douglas B. Welmaker and Welmaker Law, PLLC, Josef F. Buenker and The Buenker Law Firm, and Barry S. Hersh and Hersh Law Firm, PC as counsel of record for Plaintiff Nolana Johnson, confirm that Movants remain counsel of record for opt-in Plaintiff Estella Devine, and grant such other and further relief to which Movants may be justly entitled.

Respectfully Submitted,


**WELMAKER LAW, PLLC**
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048
Attorney in charge

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com

**THE BUENKER LAW FIRM**

Josef F. Buenker
The Buenker Law Firm
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com


**HERSH LAW FIRM, PC**

Barry Hersh
Hersh Law Firm PC
TBA No. 24001114
12377 Merit Drive, Suite 880
Dallas Texas 75251
(214) 303-1022
Texas State Bar No.
bshersh@hersh-law.com

**LOCAL COUNSEL FOR
PLAINTIFF**

## CERTIFICATE OF CONFERENCE

In compliance with Local Civil Rule 7.1, the undersigned conferred with Maureen Knight, counsel for Defendant The Elevance Health Companies, Inc., regarding the relief requested in this motion. Defendant does not oppose this motion.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker

## CERTIFICATE OF SERVICE

On July 13, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of filing to all counsel of record. I further certify that a true and correct copy of the foregoing motion was served on Plaintiff Nolana Johnson at her last known address set forth above and at her last known email address.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker

**Plaintiff's Original Complaint**                                              **Page 5**