**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NOLANA JOHNSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | **Civil Action No. 3:25-CV-00184-E** |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **THE ELEVANCE HEALTH COMPANIES, INC.,** | § § § § | |
| **Defendant.** | § § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**
**NOLANA JOHNSON**

Before the Court is the Motion to Withdraw as Counsel for Plaintiff Nolana Johnson, filed by Douglas B. Welmaker of Welmaker Law, PLLC, Josef F. Buenker of The Buenker Law Firm, and Barry S. Hersh of Hersh Law Firm, PC. Having considered the motion, the Court finds that good cause has been shown and that the motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Douglas B. Welmaker and Welmaker Law, PLLC, Josef F. Buenker and The Buenker Law Firm, and Barry S. Hersh and Hersh Law Firm, PC are relieved as counsel of record for Plaintiff Nolana Johnson.

IT IS FURTHER ORDERED that the foregoing attorneys remain counsel of record for opt-in Plaintiff Estella Devine, and that this Order does not relieve them of any obligation in that representation.

IT IS FURTHER ORDERED that Plaintiff Nolana Johnson shall proceed pro se unless and until new counsel enters an appearance on her behalf. The Clerk is directed to update the docket

to reflect Ms. Johnson's contact information as set forth in the motion and to serve her at that address.

SO ORDERED this 17th day of July, 2026.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE