**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NOLANA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-00184-E |
| | § | |
| THE ELEVANCE HEALTH COMPANIES INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

On August 15, 2025, the Court entered an Order Extending Deadlines, which set forth certain FLSA notice deadlines, all of which expired at the end of 2025 without any action by the Parties. (Doc. 18.) Therefore, all Parties are hereby ORDERED to submit a JOINT REPORT to the Court about the status of this case no later than **October 16, 2026**.[1]

FURTHER, Plaintiff NOLANA JOHNSON is currently proceeding *pro se*. If Nolana Johnson intends to proceed with this case, then she is hereby directed to submit a notice to the Court by **October 16, 2026** describing whether she (i) intends to continue proceeding *pro se* or (ii) intends to obtain new counsel. FAILURE TO FILE SUCH NOTICE MAY RESULT IN HER DISMISSAL FROM THE CASE WITHOUT PREJUDICE. The Court INSTRUCTS the CLERK OF THE COURT to mail this order—certified mail, return receipt (CMRR)—to

---

[1] On July 17, 2026, the Court entered an order granting Douglas B. Welmaker of Welmaker Law, PLLC, Josef F. Buenker of The Buenker Law Firm, and Barry S. Hersh of Hersh Law Firm, PC's Motion to Withdraw for Plaintiff Nolana Johnson. (Doc. 21.) According to Plaintiff's Motion to Withdraw, those named attorneys remain counsel for opt-in Plaintiff Estella Devine. (Doc. 20 at 3.) According to opt-in Plaintiff Latonya Thompson, she is "represented by Welmaker Law, PLLC and any other attorneys with whom they may associate in this lawsuit." (Doc. 14-1.)

Plaintiff Nolana Johnson at the following address: Nolana Johnson, 2300 Hillary Trail, Mansfield, TX 76063, 301-643-0877.

SO ORDERED, this 25th day of September 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE