**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NOLANA JOHNSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 3:25-cv-00184-M** |
| **THE ELEVANCE HEALTH COMPANIES, INC.** | § | |
| **Defendant.** | § | |

## JOINT REPORT

Opt-In Plaintiff Estella Devine and Defendant The Elevance Health Companies, Inc. ("Defendant") hereby file this Joint Report pursuant to the Court's September 25, 2026 Order [Dkt. No. 24], and respectfully show the Court as follows:

1. Defendant's counsel sought to confer regarding the contents of this Joint Report with Plaintiff Nolana Johnson directly and with Opt-In Plaintiff Estella Devine through her counsel. Ms. Johnson did not respond, and Ms. Devine's counsel approved the Joint Report's contents. Accordingly, this Joint Report is submitted solely on behalf of Defendant and Opt-In Plaintiff Devine.

2. Counsel for Plaintiff Nolana Johnson moved to withdraw from representing her on July 13, 2026 [Dkt. No. 20], which the Court granted [Dkt. No. 21]. Counsel Douglas B. Welmaker, Josef F. Buenker, and Barry S. Hersch continue to represent Opt-In Plaintiff Estella Devine.

3. Plaintiff Nolana Johnson is currently *pro se* and has not advised the Parties that she has retained new counsel.

4. The Parties have exchanged written discovery requests and responses.

5. Defendant's counsel has made several attempts to confer with Plaintiff Johnson regarding deficiencies in her discovery responses, the return of company property, and scheduling her deposition. Plaintiff Johnson has not responded to those communications.

6. Defendant will move the Court to compel Plaintiff to rectify her discovery deficiencies, as well as to compel her attendance at her deposition after she rectifies those deficiencies.

7. Plaintiffs did not move for court-authorized notice under the Fair Labor Standards Act and the deadline for doing so has passed.

8. Counsel for Defendant and counsel for Opt-In Plaintiff Devine are engaged in informal settlement discussions concerning Ms. Devine's claims.

9. The Parties respectfully submit this Joint Status Report in compliance with the Court's September 25, 2026 Order and will provide any additional information the Court requests.

Dated: October 16, 2026

Respectfully submitted,

*<u>/s/ Hunter Johnson</u>*

Hunter Johnson
Texas Bar No. 10753900
hjohnson@contangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 Crescent Court, Suite 700
Dallas, TX 75201
Telephone: (214) 646-3421
Facsimile: (972) 865-4791

Katherine Serrano
Texas Bar No. 24110764
kserrano@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
7500 Rialto Blvd., Suite 1-250

Austin, Texas 78735
Telephone: (512) 382-8808

Maureen R. Knight
Virginia Bar No. 47053
*Admitted pro hac vice*
mknight@contangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6100
Facsimile: (571) 522-6101

**COUNSEL FOR DEFENDANT**

**-and-**

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

Josef F. Buenker
**The Buenker Law Firm**
P.O. Box 10099
Houston, Texas 77206
(713) 868-3388
jbuenker@buenkerlaw.com

LOCAL COUNSEL

Barry Hersh
**HERSH LAW FIRM PC**
12377 Merit Drive, Suite 880
Dallas, Texas 75251
**COUNSEL FOR OPT-IN ESTELLA DEVINE**

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of October, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following Counsel of Record for Plaintiff:

Douglas B. Welmaker
**Welmaker Law, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

Josef F. Buenker
**The Buenker Law Firm**
P.O. Box 10099
Houston, Texas 77206
(713) 868-3388
jbuenker@buenkerlaw.com

Barry Hersh
**Hersh Law Firm PC**
12377 Merit Drive, Suite 880
Dallas, Texas 75251

***Counsel for Opt-In Estella Devine***

Nolana Johnson
2300 Hillary Trail
Mansfield, Texas 76063
(301) 643-0877

***Pro Se Plaintiff***

*/s/ Hunter Johnson*
Hunter Johnson