**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NOLANA JOHNSON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:25-cv-00184-M** |
| | § | |
| **THE ELEVANCE HEALTH COMPANIES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 6, 2026 Order [Dkt. No. 27], Opt-In Plaintiff Estella Devine and Defendant The Elevance Health Companies, Inc. ("Defendant") hereby file this Joint Status Report. Plaintiff Nolana Johnson did not respond to Defendant's request for input on or joinder in this Report.

**1. A statement of claims and defenses**

*Opt-in Plaintiff Devine:* Plaintiff asserts that she was not paid proper overtime pay. Plaintiff seeks recovery of unpaid overtime pay, liquidated damages, attorneys' fees and costs.

*Defendant:* Defendant asserts that Opt-In Plaintiff Devine (along with all other employees) was paid properly for all hours worked and was properly paid overtime any week in which she worked more than 40 hours.

**2. Case status including but not limited to discovery, mediation, settlement discussions, and motions**

Counsel for Named Plaintiff Nolana Johnson withdrew from representing her. Dkt. Nos. 20-21. Counsel Douglas B. Welmaker, Josef F. Buenker, and Barry S. Hersch continue to represent Opt-In Plaintiff Estella Devine. Plaintiff Johnson is currently *pro se* and has neither notified the Parties that she has retained new counsel nor communicated with them or the Court since her prior counsel withdrew.

The Parties have exchanged written discovery requests and responses. Defendant's counsel has made several attempts to confer with Plaintiff Johnson regarding deficiencies in her discovery responses, the return of company property, and the scheduling her deposition. Plaintiff Johnson has not responded to those communications. As a result of her inaction and failures to respond, on November 18, 2026, Defendant filed a motion to dismiss Plaintiff Johnson's claims due to her failure to respond or otherwise participate in the litigation. Dkt. No. 28.

Plaintiffs did not move for court-authorized notice under the Fair Labor Standards Act, and the deadline for doing so has passed.

Counsel for Defendant and counsel for Opt-In Plaintiff Devine are engaged in settlement discussions concerning Ms. Devine's claims and are hopeful a resolution will be reached.

**3. Whether a conference with the Court is desired**

The Parties do not believe a conference with the Court is necessary at this time.

**4. Any other matters relevant to the status and disposition of this case**

Defendant filed a motion to dismiss Plaintiff Johnson's claims on November 18, 2026. Dkt. No. 28. Defendant asserts that Plaintiff Johnson's claims should be dismissed due to her failure to respond or otherwise participate in the litigation.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Hunter Johnson*

Hunter Johnson
Texas Bar No. 10753900
hjohnson@contangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
1201 Elm Street, Suite 2550
Dallas, Texas 75270
Telephone: (214) 646-8625
Facsimile: (972) 865-4791

Maureen R. Knight
Virginia Bar No. 47053
*Admitted pro hac vice*
mknight@contangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6100

Facsimile: (571) 522-6101

Katherine Serrano
Texas Bar No. 24110764
kserrano@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
1250 S Capital of Texas Highway
Building 3 Suite 400
Austin, Texas 78746
Telephone: (512) 382-8800

**COUNSEL FOR DEFENDANT**

**-and-**

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

Josef F. Buenker
**The Buenker Law Firm**
P.O. Box 10099
Houston, Texas 77206
(713) 868-3388
jbuenker@buenkerlaw.com

LOCAL COUNSEL

Barry Hersh
**HERSH LAW FIRM PC**
12377 Merit Drive, Suite 880
Dallas, Texas 75251

**COUNSEL FOR OPT-IN PLAINTIFF ESTELLA DEVINE**

# CERTIFICATE OF SERVICE

I certify that on the 20th day of November, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following Counsel of Record for Plaintiff:

Douglas B. Welmaker
**Welmaker Law, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

Josef F. Buenker
**The Buenker Law Firm**
P.O. Box 10099
Houston, Texas 77206
(713) 868-3388
jbuenker@buenkerlaw.com

Barry Hersh
**Hersh Law Firm PC**
12377 Merit Drive, Suite 880
Dallas, Texas 75251

***Counsel for Opt-In Estella Devine***

Nolana Johnson
2300 Hillary Trail
Mansfield, Texas 76063
(301) 643-0877

***Pro Se Plaintiff***

*/s/ Hunter Johnson*
Hunter Johnson